

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00760-CV

**IN RE** Linda Christina Benavides **ALEXANDER** and Shirley Hale Mathis, guardians of the person and estate of Carlos Y. Benavides Jr., Relator

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Marialyn Barnard, Justice

On October 30, 2014, relators filed a petition for writ of mandamus, prohibition and injunction with a motion for temporary relief and emergency stay.

Relator's motion for temporary relief is GRANTED. All proceedings in Cause No. 2012CVQ000161-D3, styled *Texas Community Bank, N.A. v. Shirley Hale Mathis, Temporary Guardian of Carlos Y. Benavides Jr., and Leticia R. Benavides*, pending in the 49th Judicial District Court, Webb County, Texas, are TEMPORARILY STAYED pending further order of this court.

The petition for writ of mandamus remains pending before this court.

It is so **ORDERED** on November 3rd, 2014.          PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2012CVQ000161-D3, styled *Texas Community Bank, N.A. v. Shirley Hale Mathis, Temporary Guardian of Carlos Y. Benavides Jr., and Leticia R. Benavides*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.